**Order entered July 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00020-CR
## No. 05-14-00021-CR

### JOVANY ALBA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-51275-Q, F13-51192-Q**

## ORDER

Appellant's July 18, 2014 second motion for extension of time to file appellant's brief is

**GRANTED**.  Appellant's brief received by the Clerk of the Court on July 18, 2014 is **DEEMED**

timely filed on the date of this order.

/s/      LANA MYERS
JUSTICE